```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.                                CRIMINAL NO. 1:05-00005-001

BERNARD WALLACE

### MEMORANDUM OPINION AND ORDER

By letter motion dated March 3, 2009, defendant requested early release from his term of probation.  The court has considered defendant's background, his performance while on probation, and the recommendation of the United States Probation Office.  For reasons appearing to the court, defendant's motion is **DENIED**.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, to the Probation Office of this court, and to defendant.

**IT IS SO ORDERED** this 20th day of March, 2009.

ENTER:

*/s/ David A. Faber*

David A. Faber
Senior United States District Judge